# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

Stephen J. Markman,
Chief Justice

154819

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

HARMONY MONTESSORI CENTER,
        Petitioner-Appellant,

v

                                      SC: 154819
                                      COA: 326870

CITY OF OAK PARK,
          Respondent-Appellee.                  Tax Tribunal: 00-370214

_____/

      On order of the Court, the application for leave to appeal the October 13, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether *Ladies Literary Club v Grand Rapids*, 409 Mich 748 (1980), and *David Walcott Kendall Memorial School v Grand Rapids*, 11 Mich App 231 (1968), continue to provide the appropriate test of what constitutes a "nonprofit . . . educational . . . institution[]" under MCL 211.7n. The parties should not submit mere restatements of their application papers.

      Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



s0614

Clerk